# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEC 17 1999
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FOP Lodge #3 et al.    *
                       *
        Plaintiff(s)   *    Civil Action No. B-92-1066
        vs.            *
                       *    ___ / FEE PAID
Baltimore City Police Dept. et al.   *
                       *    ___ FEE NOT PAID
        Defendant(s)   *         (SEND LETTER)

***********************************************************

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __John D. Maddox__ Esquire a member of the Bar of this court, moves the admission of __Gregory S. Feder__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Defendants__.

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Virginia and the District of Columbia__

and/or the following United States Court(s): __District of Columbia, Federal, Fourth, Seventh, Eleventh Circuits and the Eastern District of Virginia__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, ~~or has set forth all relevant facts, including disposition, as follows:~~ _____

DEC 21 1999

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U. S. DISTRICT COURT

Revised 6//98

V +

164

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _JOHN D. MADDOX_ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

Signature _JOHN D. MADDOX_
_ALTER & HADDEN LLP_
Address
_1801 K St. NW Ste 400K_
_Washington DC 20006_
Office phone number
_Tel. 202-775-7100  Fax 202 857 0172_
Fax number
_11775_
Md. U.S. District Court Number

PROPOSED ADMITTEE:

Signature _GREGORY S. FEDER_
_1801 K St. NW Ste 400K_
Address
_Washington DC 20006_
_202-775-7100_
Office phone number
_202 857 0172_
Fax number

### ORDER

Motion __X__ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_12/20/99_                 _____
Dated                       Judge, U. S. District Court