IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRATERNAL ORDER OF POLICE  \*
    LODGE 3, et al.,
                                               \*

    Plaintiffs
                                             \*    CIVIL ACTION NO. MJG-92-1066
vs.                                              (Consolidated with MJG-94-2830)
                                             \*

BALTIMORE CITY POLICE DEPT.,  \*
    et al.,
                                             \*

    Defendants
                                             \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER APPROVING ATTORNEYS FEES

Pursuant to the fifteenth paragraph of the Order Approving Settlement executed March 1, 2001, in these two cases consolidated for the purposes of settlement, it is this _7th_ day of _May_, 2001, by the United States District Court of the District of Maryland.

ORDERED, that because all parties have stipulated that the following amounts:

    Civil Action No. MJG-92-1066:  $ _203,806.40_

    Civil Action No. MJG-94-2830:  $ _41,052.71_

                      TOTAL:  $ _244,859.11_

are fair and reasonable amounts for the total attorneys fees and costs incurred by or on behalf of Plaintiffs in these two cases, the Court finds the foregoing total amount to be fair and reasonable. The foregoing total amount shall be the full and final amount for

which the defendants, or anyone on their behalf, shall be obligated to pay as attorneys fees and costs in these cases, except in such event that there is a final, unappealed determination by the Court that Defendants have violated the Order entered in this case, dated March 1, 2001, in which case the Plaintiffs' counsel may submit a request for additional fees incurred as a result of any such violation. This total amount shall be paid to the Fraternal Order of Police Lodge #3 and their attorneys Schlachman, Belsky & Weiner, P.A., pursuant to the procedure set forth in ¶17 of the Joint Motion for Approval of Settlement in these cases.

SO ORDERED.

*[signature]*
Marvin J. Garbis
United States District Judge

cc: Michael Marshall, Esq.
Schlachman, Belsky & Weiner, P.A.
Sun Life Building - Tenth Floor
20 South Charles Street
Baltimore, Maryland 21201

Attorneys for Plaintiffs

Thurman W. Zollicoffer, Jr. Esq., Solicitor
101 City Hall
100 North Holliday Street
Baltimore, Maryland 21201

John D. Maddox, Esq.
Arter & Hadden LLP
1801 K Street, N.W., Suite 400K
Washington, D.C. 2006-1301

Attorneys for Defendants

# MJG-92-1066

Michael L. Marshall, Esquire
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street, 10th Floor
Baltimore, Maryland 21201
410-685-2022
410-783-4771 (Fax)
Plaintiffs


John D. Maddox, Esquire
Arter & Hadden, LLP
1801 K Street, N.W., Suite 400K
Washington, D.C. 20006-1301
202-775-7100
202-775-7110 (Direct #)
202-857-0172 (Fax)
Defendants


James S. Ruckle, Jr., Esquire
David Leibowitz, Esquire
Assistant City Solicitor
Department of Law
100 N. Holliday Street
Room LL-72
Baltimore, Maryland 21202
410-396-3210 (Ruckle's Direct #)
410-396-3948 (Leibowitz's Direct #)
410-547-1025 (Fax)
Defendants


Thurman W. Zollicoffer, Jr., Esquire
101 City Hall
100 North Holliday Street
Baltimore, Maryland 21201